**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-4528

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ROBERT E. HOLMES,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CR-
03-246-JFM)

_____

Submitted:  February 25, 2005        Decided:  April 1, 2005

_____

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven A. Allen, HODES, ULMAN, PESSIN & KATZ, P.A., Towson,
Maryland, for Appellant.  Thomas M. DiBiagio, United States
Attorney, Michael J. Leotta, Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

A jury convicted Robert E. Holmes of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (2000). He appeals his conviction on the ground that the district court abused its discretion in admitting certain evidence. We have reviewed the parties' briefs, the joint appendix, and the supplemental joint appendix and conclude that there was no abuse of discretion in the admission of the challenged evidence. See United States v. Hodge, 354 F.3d 305, 312 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm Holmes' conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED